MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP
(A LIMITED LIABILITY PARTNERSHIP FORMED IN PENNSYLVANIA)
BY: Paul H. Zoubek
457 HADDONFIELD ROAD, 6TH FLOOR
CHERRY HILL, NJ 08002
TELEPHONE: (856) 488-7700
FAX: (856) 488-7720
ATTORNEYS FOR DEFENDANT ROBERT STEIN

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case: 2:12-cr-00140 |
| Plaintiff, | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| v. | |
| ROBERT STEIN, | |
| Defendant. | |

## CONSENT ORDER MODIFYING DEFENDANT ROBERT STEIN'S CONDITIONS OF RELEASE TO PERMIT HIM TO TRAVEL OUTSIDE THE CONTINENTAL UNITED STATES

This matter having come before the Court upon the application of Paul H. Zoubek, Esquire, counsel for Defendant Robert Stein, for an Order Modifying Defendant's Conditions of Release to Permit Defendant to Travel Outside the Continental United States; and the United States Department of Justice, Antitrust Division and Pretrial Services having no objection and consenting to the request; and Defendant being in compliance with the conditions of his release;

IT IS on this 28 day of June 2012;

**ORDERED** that Defendant Robert Stein's Conditions of Release are modified to permit him to travel on vacation to Canada from on or about July 16, 2012 to on or about July 23, 2012;

2995834v1

**IT IS FURTHER ORDERED** that Defendant provide an itinerary of his trip to his Pretrial Services officer prior to his departure; and

**IT IS FURTHER ORDERED** that Defendant make arrangements to return his passport to Pretrial Services within 72 hours of his return to the United States.

APPROVED AND SO ORDERED

_____
Honorable Dennis M. Cavanaugh, U.S.D.J.

**CONSENTED TO:**

By: _____
CHARLES REILLY, ESQUIRE
United States Department Of Justice
Antitrust Division
Jacob K. Javits Federal Building
Suite 3630
26 Federal Plaza
New York, NY 10278
*Attorney for Plaintiff*

Dated: June 22, 2012

By: _____
PAUL H. ZOUBEK, ESQUIRE
Montgomery, McCracken, Walker
 & Rhoads, LLP
LibertyView
457 Haddonfield Road, 6th Floor
Cherry Hill, NJ 08002
*Attorney for Defendant*

Dated: June 24, 2012